## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE MARILYN D. GO**      DATE :  4 /18 /12

DOCKET NUMBER:  12 CR 264 (NGG)       LOG # :  4:13 – 4:52

DEFENDANT'S NAME :  **CONRAD IANNIELLO**
　　✓ Present    ___ Not Present       ✓ Custody    ___ Bail

DEFENSE COUNSEL :  Kelley Sharkey
　　___ Federal Defender    ✓ CJA       ___ Retained

A.U.S.A  **AMANDA HECTOR**       DEPUTY CLERK :  **F. CHIN**

INTERPRETER : _____(Language)_____

___ Hearing held.  ___ Hearing adjourned to_____

✓ Defendant was released on  **$1 million**  PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

**2** Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

**2** Additional surety (ies) to co-signed bond by  **4/20/12**

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type____ Start_____ Stop _____

_X_ Order of Speedy Trial entered.   Code Type_____ Start  4/18/12   Stop  5/1/12

_X_ Defendant's first appearance.   _X_ Defendant arraigned on the indictment.

✓ Attorney Appointment of ___ FEDERAL DEFENDER  ✓ CJA

_X_ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_X_ Status conference set for  **5/1/12**  @  **2:30 PM**  before Judge  **GARAUFIS**

OTHERS : _____