# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE MARILYN D. GO** **DATE : 4 /18 /12**

DOCKET NUMBER: **12 CR 264 (NGG)** LOG # : 4:13 – 4:52

DEFENDANT'S NAME : ✓**ROBERT SCALZA**
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL : Thomas Dunn Robert Vella
___ Federal Defender ___ CJA ✓ Retained

A.U.S.A **AMANDA HECTOR** DEPUTY CLERK : **F. CHIN**

INTERPRETER : (Language)

___ Hearing held. ___ Hearing adjourned to___

✓ Defendant was released on $750,000 PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

1 ~~Additional~~ surety (ies) to co-signed bond by 4/20/12

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop ___

X Order of Speedy Trial entered. Code Type___ Start 4/18/12 Stop 5/1/12

X Defendant's first appearance. X Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

X Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

**X** Status conference set for **5/1/12 @ 2:30 PM** before Judge **GARAUFIS**

OTHERS :