FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 1 8 2012 ★
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**United States of America**

**-v-**

Robert Scalza
**Defendant.**

**NOTICE OF APPEARANCE**

**Docket Number :** CR 12-264

**Judge :** J. Garaufis

**Date :** 4-18-2012

**PLEASE NOTICE, that I have been RETAINED by** Robert Scalza **the above named defendant. I was admitted to practice in this district on** 9-4-91.

**Signature :** [signature]

**Print Name :** Robert M Velk Jr

**Bar Code :** RMV3132

**Office Address :** 114 Old Country Rd - Ste. 652
Mineola, NY 11501

**Telephone # :** (516) 873-8787

***** NOTICE TO ATTORNEY*****

****Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.**