**CALENDAR : MAGISTRATE'S PROCEEDING**

**BEFORE MAG. JUDGE MARILYN D. GO** **DATE : 4 / 20 /12**

DOCKET NUMBER: **12 CR 264 (NGG)** LOG # : 10:23 - 10:29

DEFENDANT'S NAME : **ROBERT SCALZA**

___ Present ✓ Not Present ___ Custody ✓ Bail

DEFENSE COUNSEL : ____________

___ Federal Defender ___ CJA ___ Retained

A.U.S.A ____________ DEPUTY CLERK : **SM YUEN**

INTERPRETER : ____________ (Language) ____________

____________ Hearing held. ____________ Hearing adjourned to ____________

____ Defendant was released on ____________ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Surety (ies) Patricia Scalza were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____________

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered. Code Type____ Start________ Stop ________

____ Order of Speedy Trial entered. Code Type______ Start__________ Stop ___________

____ Defendant's first appearance. ____Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for ____________ @ ________ before Judge ____________

OTHERS : ____________