**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUN 25 2012 ★

BROOKLYN OFFICE

LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899

FAX 212-964-2926

June 19, 2012

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
Brooklyn, New York 11201
*via fax 718-613-2546*

Re: United States v. Conrad Ianniello, 12 Cr.264 (NGG)

Your Honor:

The defense writes to respectfully request that the Court permit Mr. Ianniello to attend two family functions in June. The Court released Mr. Ianniello on a million dollar bond, secured by real property, with home detention.

Mr. Ianniello seeks permission to attend a high school graduation dinner for his niece which will be held on the evening of June 22, 2012 at a restaurant a few minutes drive from Mr. Ianniello's home on Staten Island. That event will be attended by some of the relatives who have posted homes to secure Mr. Ianniello's bond.

Mr. Ianniello also seeks to permission to attend an engagement dinner for a different niece, on the evening of June 30, 2012, at a restaurant in N.J. Mr. Ianniello's sister and brother-in-law, who have posted their home to secure his bond, are the parents of the engaged niece.

Details of this request will be forwarded to Probation Officer Ana Lee and if the Court approves the application, Mr. Ianniello will consult with Officer Lee on the schedule he is to follow.

Thank you for consideration of this matter.

Respectfully,
Lisa Scolari

**APPLICATION GRANTED.**
**So Ordered.**
s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge
Dated: 6/21/12

So Ordered:

_____
Hon. Nicholas G. Garaufis

cc: Amanda Hector, Esq.