

**U.S. Department of Justice**

*United States Attorney's Office*
*Eastern District of New York*

TM:AH/JK
F.#2008R00052

*271 Cadman Plaza East*
*Brooklyn, New York   11201*

July 3, 2012

By ECF

All Defense Counsel

        Re:  United States v. Conrad Ianniello, et al.
            Criminal Docket No. 12-264 (NGG)

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

     The government is in possession of 829 compact discs (Bates numbers 10885-11713) containing audio recordings of statements made by the defendants to a confidential witness. Attached is a chart identifying the dates on which each of the defendant(s) were recorded.  The discs described below are available at DupeCoop.  You may obtain these materials by contacting John Palermo at (973) 895-1359 and referencing the associated Bates numbers.

     Please contact me if you have any questions or additional requests.

                        Very truly yours,

                        LORETTA E. LYNCH
                        UNITED STATES ATTORNEY

               BY:   /s/
                        Amanda Hector
                        Jacquelyn Kasulis
                        Assistant U.S. Attorneys
                        (718) 254-6430/6164

cc:   Clerk of Court (NGG)

## Table of Intercepted Defendants

| DATE | METHOD | INTERCEPTED | BATES NO. |
|---|---|---|---|
| 10/4/2006 | BODY | Gasparrini | 10921 |
| 10/20/2006 | BODY | Gasparrini | 10930 |
| 1/18/2007 | VEHICLE | Gasparrini | 10996 |
| 1/19/2007 | BODY | Gasparrini | 10997 |
| 1/23/2007 | BODY | Gasparrini | 10999 |
| 1/23/2007 | VEHICLE | Gasparrini | 10998 |
| 2/1/2007 | BODY | Gasparrini | 11005 |
| 2/8/2007 | BODY | Gasparrini | 11013 |
| 2/8/2007 | VEHICLE | Gasparrini | 11014 |
| 3/26/2007 | BODY | Gasparrini | 11047 |
| 3/26/2007 | VEHICLE | Gasparrini | 11048 |
| 3/29/2007 | BODY | Gasparrini | 11051 |
| 3/29/2007 | VEHICLE | Gasparrini | 11052 |
| 4/5/2007 | BODY | Gasparrini | 11059 |
| 4/5/2007 | VEHICLE | Gasparrini | 11060 |
| 4/12/2007 | BODY | Gasparrini | 11064 |
| 4/23/2007 | BODY | Gasparrini | 11074 |
| 4/23/2007 | VEHICLE | Gasparrini | 11073 |
| 4/24/2007 | BODY | Gasparrini | 11075 |
| 5/22/2007 | BODY | Gasparrini | 11101 |
| 6/5/2007 | BODY | Gasparrini | 11110 |
| 6/12/2007 | BODY | Gasparrini | 11119 |
| 6/14/2007 | BODY | Gasparrini | 11123 |
| 6/27/2007 | BODY | Gasparrini | 11135 |
| 6/27/2007 | VEHICLE | Gasparrini | 11136 |
| 7/5/2007 | BODY | Gasparrini | 11143 |
| 7/16/2007 | BODY | Gasparrini | 11152 |
| 7/20/2007 | VEHICLE | Gasparrini | 11158 |
| 7/23/2007 | VEHICLE | Gasparrini | 11159 |
| 7/24/2007 | VEHICLE | Gasparrini | 11161 |
| 7/27/2007 | BODY | Gasparrini | 11162 |
| 8/9/2007 | BODY | Gasparrini | 11173 |
| 8/9/2007 | VEHICLE | Gasparrini | 11174 |
| 8/14/2007 | VEHICLE | Gasparrini | 11178 |
| 8/15/2007 | BODY | Gasparrini | 11179 |
| 8/15/2007 | VEHICLE | Gasparrini | 11180 |
| 9/26/2007 | VEHICLE | Gasparrini | 11212 |
| 10/3/2007 | BODY | Gasparrini | 11217 |
| 10/3/2007 | VEHICLE | Gasparrini | 11218 |
| 10/31/2007 | BODY | Gasparrini | 11243 |
| 11/2/2007 | BODY | Gasparrini | 11245 |

| DATE | METHOD | INTERCEPTED | BATES NO. |
|---|---|---|---|
| 11/7/2007 | BODY | Gasparrini | 11246 |
| 11/7/2007 | VEHICLE | Gasparrini | 11247 |
| 11/13/2007 | BODY | Gasparrini | 11249 |
| 11/13/2007 | VEHICLE | Gasparrini | 11250 |
| 11/27/2007 | BODY | Gasparrini | 11256 |
| 12/02, 03/07 | BODY | Gasparrini | 11261 |
| 12/4/2007 | VEHICLE | Gasparrini | 11260 |
| 12/6/2007 | VEHICLE | Gasparrini | 11262 |
| 12/6/2007 | BODY | Gasparrini | 11263 |
| 12/17/2007 | BODY | Gasparrini | 11270 |
| 12/19/2007 | BODY | Gasparrini | 11271 |
| 12/21/2007 | BODY | Gasparrini | 11273 |
| 1/17/2008 | VEHICLE | Gasparrini | 11284 |
| 1/17/2008 | BODY | Gasparrini | 11285 |
| 1/22/2008 | VEHICLE | Gasparrini | 11286 |
| 1/22/2008 | BODY | Gasparrini | 11287 |
| 1/24/2008 | VEHICLE | Gasparrini | 11290 |
| 2/20/2008 | VEHICLE | Gasparrini | 11307 |
| 2/21/2008 | BODY | Gasparrini | 11309 |
| 2/26/2008 | BODY | Gasparrini | 11311 |
| 2/29/2008 | BODY | Gasparrini | 11313 |
| 3/21/2008 | BODY | Gasparrini | 11323 |
| 3/25/2008 | BODY | Gasparrini | 11325 |
| 4/21/2008 | BODY | Gasparrini | 11343 |
| 5/15/2008 | BODY | Gasparrini | 11361 |
| 6/11/2008 | BODY | Gasparrini | 11375 |
| 6/18/2008 | BODY | Gasparrini | 11381 |
| 7/14/2008 | BODY | Gasparrini | 11400 |
| 7/16/2008 | BODY | Gasparrini | 11403 |
| 7/23/2008 | VEHICLE | Gasparrini | 11410 |
| 7/23/2008 | BODY | Gasparrini | 11411 |
| 7/24/2008 | VEHICLE | Gasparrini | 11410 |
| 7/24/2008 | BODY | Gasparrini | 11412 |
| 8/8/2008 | VEHICLE | Gasparrini | 11422 |
| 8/19/2008 | BODY | Gasparrini | 11429 |
| 8/20/2008 | BODY | Gasparrini | 11431 |
| 8/20/2008 | VEHICLE | Gasparrini | 11432 |
| 8/25/2008 | BODY | Gasparrini | 11433 |
| 8/25/2008 | BODY | Gasparrini | 11434 |
| 8/25/2008 | BODY | Gasparrini | 11435 |
| 8/25/2008 | BODY | Gasparrini | 11436 |
| 8/25/2008 | VEHICLE | Gasparrini | 11437 |
| 8/29/2008 | VEHICLE | Gasparrini | 11440 |
| 8/29/2008 | BODY | Gasparrini | 11442 |

| DATE | METHOD | INTERCEPTED | BATES NO. |
|---|---|---|---|
| 9/11/2008 | BODY | Gasparrini | 11450 |
| 9/11/2008 | VEHICLE | Gasparrini | 11451 |
| 9/17/2008 | BODY | Gasparrini | 11454 |
| 9/30/2008 | BODY | Gasparrini | 11464 |
| 10/6/2008 | BODY | Gasparrini | 11468 |
| 10/16/2008 | VEHICLE | Gasparrini | 11473 |
| 10/16/2008 | BODY | Gasparrini | 11474 |
| 11/12/2008 | VEHICLE | Gasparrini | 11489 |
| 11/18/2008 | BODY | Gasparrini | 11492 |
| 12/4/2008 | BODY | Gasparrini | 11500 |
| 1/16/2009 | BODY | Gasparrini | 11514 |
| 2/11/2009 | VEHICLE | Gasparrini | 11527 |
| 2/11/2009 | BODY | Gasparrini | 11528 |
| 3/10/2009 | BODY | Gasparrini | 11540 |
| 5/4/2009 | VEHICLE | Gasparrini | 11566 |
| 5/4/2009 | BODY | Gasparrini | 11568 |
| 5/6/2009 | BODY | Gasparrini | 11570 |
| 5/6/2009 | VEHICLE | Gasparrini | 11571 |
| 8/11/2009 | BODY | Gasparrini | 11614 |
| 10/16/2009 | BODY | Gasparrini | 11645 |
| 11/20/2009 | BODY | Gasparrini | 1663 |
| 11/20/2009 | VEHICLE | Gasparrini | 11664 |
| 2/16/2010 | BODY | Gasparrini | 11707 |

| DATE | METHOD | INTERCEPTED | BATES NO. |
|---|---|---|---|
| 11/7/2007 | BODY | Panzera | 11246 |
| 2/20/2008 | BODY | Panzera | 11308 |
| 2/26/2008 | BODY | Panzera | 11311 |
| 2/28/2008 | BODY | Panzera | 11312 |
| 3/25/2008 | BODY | Panzera | 11325 |
| 5/15/2008 | BODY | Panzera | 11360 |
| 10/16/2009 | BODY | Panzera | 11474 |

| DATE | METHOD | INTERCEPTED | BATES NO. |
|---|---|---|---|
| 4/5/2007 | BODY | Zarzana | 11060 |

| DATE | METHOD | INTERCEPTED | BATES NO. |
|---|---|---|---|
| 6/26/2006 | BODY | Bernardone | 10886 |
| 7/27/2006 | BODY | Bernardone | 10895 |

| DATE | METHOD | INTERCEPTED | BATES NO. |
| --- | --- | --- | --- |
| 8/17/2006 | BODY | Bernardone | 10901 |
| 10/4/2006 | BODY | Bernardone | 10921 |
| 10/20/2006 | BODY | Bernardone | 10930 |
| 12/4/2006 | BODY | Bernardone | 10962 |
| 12/14/2006 | BODY | Bernardone | 10975 |
| 1/23/2007 | VEHICLE | Bernardone | 10998 |
| 1/23/2007 | BODY | Bernardone | 10999 |
| 3/13/2007 | BODY | Bernardone | 11041 |
| 3/29/2007 | BODY | Bernardone | 11051 |
| 4/23/2007 | BODY | Bernardone | 11074 |
| 4/24/2007 | BODY | Bernardone | 11075 |
| 7/16/2007 | BODY | Bernardone | 11152 |
| 7/24/2007 | BODY | Bernardone | 11160 |
| 7/24/2007 | VEHICLE | Bernardone | 11161 |
| 8/15/2007 | BODY | Bernardone | 11179 |
| 8/15/2007 | VEHICLE | Bernardone | 11180 |
| 6/23/2008 | VEHICLE | Bernardone | 11384 |
| 6/23/2008 | BODY | Bernardone | 11385 |
| 7/14/2008 | BODY | Bernardone | 11400 |
| 7/16/2008 | BODY | Bernardone | 11403 |
| 7/16/2008 | VEHICLE | Bernardone | 11404 |
| 7/23/2008 | BODY | Bernardone | 11411 |
| 8/5/2008 | BODY | Bernardone | 11417 |
| 8/5/2008 | VEHICLE | Bernardone | 11418 |
| 8/8/2008 | VEHICLE | Bernardone | 11422 |
| 8/20/2008 | BODY | Bernardone | 11431 |
| 8/25/2008 | BODY | Bernardone | 11434 |
| 8/25/2008 | BODY | Bernardone | 11435 |
| 10/6/2008 | VEHICLE | Bernardone | 11467 |
| 10/6/2008 | BODY | Bernardone | 11468 |
| 10/16/2008 | VEHICLE | Bernardone | 11473 |
| 10/16/2008 | BODY | Bernardone | 11474 |
| 11/18/2008 | BODY | Bernardone | 11492 |
| 12/31/2008 | BODY | Bernardone | 11507 |
| 12/31/2008 | VEHICLE | Bernardone | 11508 |

| DATE | METHOD | INTERCEPTED | BATES NO. |
|---|---|---|---|
| 2/11/2009 | BODY | Bernardone | 11528 |
| 3/19/2009 | BODY | Bernardone | 11546 |
| 4/13/2009 | BODY | Bernardone | 11556, 11557 |
| 5/4/2009 | BODY | Bernardone | 11568 |
| 7/16/2009 | BODY | Bernardone | 11602 |
| 10/1/2009 | BODY | Bernardone | 11638 |
| 10/26/2009 | BODY | Bernardone | 11650 |
| 12/4/2009 | BODY | Bernardone | 11670 |
| 1/12/2010 | BODY | Bernardone | 11689 |