LISA SCOLARI  
Attorney at Law  
20 Vesey Street, Suite 400  
New York, New York 10007  
lscolarilaw@earthlink.net

TEL 212-227-8899　　　　　　　　　　　　　　　　　　FAX 212-964-2926

September 12, 2012

Hon. Nicholas G. Garaufis  
United States District Court  
Eastern District of New York  
Brooklyn, New York 11201  
*via fax 718-613-2546*

Re: **United States v. Conrad Ianniello, 12 Cr.264 (NGG)**

Your Honor:

　　The defense writes to respectfully request that the Court permit Mr. Ianniello to periodically work on Saturdays. The Court released Mr. Ianniello on a million dollar bond, secured by real property, with home detention, and permission to leave home for work. Mr. Ianniello has been working Monday through Friday but occasionally has the opportunity to work overtime on Saturday.

　　Mr. Ianniello has been fully compliant with all terms of his bond. Celia Cohen, Esq. who is covering for Amanda Hector, Esq. during Ms. Hector's vacation has no objection to this request.

　　If the Court approves this application, Mr. Ianniello will advise Pretrial Officer Anna Lee at least two days in advance of any Saturday when he will be working overtime. Thank you for your consideration of this matter.

Respectfully,

Lisa Scolari

*Application granted.*

So Ordered:

s/Nicholas G. Garaufis  
_____  
Hon. Nicholas G. Garaufis  
9/14/12

cc:　Celia Cohen, Esq.  
　　　Amanda Hector, Esq.