**DOCKET NUMBERS**: CR 12-264 **(NGG)**

**CRIMINAL CAUSE FOR GUILTY PLEA**

**Date Received By Docket Clerk:**_______________ **Docket Clerk Initials:**_______________

**BEFORE JUDGE:** GARAUFIS **DATE: JANUARY 7, 2014 TIME IN COURT** ___ **HRS** 60 **MINS**
**@ 10:00 AM**

**1. DEFENDANT** : ROBERT SCALZA

Present X Not Present Custody Not Custody X

**DEFENSE COUNSEL**: MICHAEL ROSEN
FEDERAL DEFENDER: CJA: RETAINED: X

**2. DEFENDANT:**
Present Not Present Custody Not Custody

**DEFENSE COUNSEL:**
FEDERAL DEFENDER: CJA: RETAINED:

**3. DEFENDANT:**
**Present Not Present Custody Not Custody**

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER: CJA: RETAINED:**

**A.U.S.A.**: AMANDA HECTOR

**COURT REPORTER: MARY AGNES DRURY**
**INTERPRETER**: **LANGUAGE:**

X Change of Plea Hearing (*~Util-Plea Entered*) ☐ Revocation of Probation contested
☐ Arraignment ☐ Sentencing on a violation
☐ Bail Appeal ☐ Motion Hearing
☐ Violation ☐ Hearing
☐ Status Conference ☐ Sentencing
☐ Bail Violation Hearing ☐ Motion for sentence reduction
☐ Voir Dire Begun ☐ Oral Argument
☐ Voir Dire Held Jury selection ☐ ☐ Jury trial
☐ Jury Trial Death Penalty ☐ Sentence enhancement Phase ☐ Bench Trial Begun
**Speedy Trial Start**: **Speedy Trial Stop**: **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?** YES NO X

THE DEFENDANT PLEADS GUILTY TO COUNT 12 OF THE INDICTMENT. SENTENCING IS SCHEDULED FOR FRIDAY, APRIL 25, 2014 AT 10:00 AM.