MICHAEL ROSEN
Law Offices
61 Broadway, Suite 2602
New York, New York 10006
**mrosenlaw@aol.com**

CELL (516) 381-6690
TEL (212) 867-4100
FAX (516) 944-5066

May 25, 2014

Hon. Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Robert Scalza
12-CR-264 (NGG)

Dear Judge Garaufis:

I represent Robert Scalza, who is awaiting sentence by Your Honor. Mr. Scalza's daughter, who resides in Baltimore, Maryland, is expecting to give birth at a time near the middle of June. Mr. Scalza, with his wife, respectfully requests your permission to travel to and from Baltimore from June 20--June 23, 2014 in connection with the birth of their grandchild. Pretrial Services, which will be advised of the detailed itinerary, has no objection to this request. The government attorneys have no objection to this request.

Thank you for your consideration.

Respectfully.

Michael Rosen

MR:wp