MICHAEL ROSEN
Law Offices
61 Broadway, Suite 2602
New York, New York 10006
**mrosenlaw@aol.com**

CELL (516) 381-6690                                                FAX (516) 944-5066
TEL  (212) 867-4100

June 17, 2014

Hon. Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Sentencing of Robert Scalza
       12 CR 264 (NGG)

Dear Judge Garaufis:

I represent Robert Scalza who is to be sentenced on June 27, 2014 at 11AM. I submit this letter in support of my request and argument that Your Honor impose a probationary sentence in Mr. Scalza's particular case. Also, appended hereto is a compilation of letters from family, acquaintances and friends sharing with Your Honor their personal opinions and views of my client.

By way of introduction, Robert Scalza will be 69 years of age in August, is in Criminal History Category I and is considered a minimal participant in the offense of conviction. Presentence Investigation Report ("PSR"), para. 27.

## OBJECTIONS TO THE PSR

Paragraphs 20-22 and 82--I respectfully object to these paragraphs and submit that the recitations therein not be considered on this sentencing.

Paragraph 34--I respectfully object to the 2 level adjustment to the base offense level and, instead, refer to the parties' Plea Agreement (Ct. Ex. 1, 1/7/14) estimating the base offense level as 18.

Page-2-
Re:   Sentencing of Robert Scalza
        12 CR 264 (NGG)

## THE PLEA AGREEMENT

After extensive negotiations with the United States Attorney's Office, Mr. Scalza pled guilty to Count 12 of the Indictment which charged him with conspiring with others, between April 2008 and May 2008, to obstruct commerce by extortionate means, in that they agreed to obtain another labor union's right to conduct its business. Mr. Scalza's union and the rival union were seeking to represent the same shop.

Mr. Scalza's Plea Agreement with the government has an estimated advisory Guidelines imprisonment range of 6-12 months, based on a Total Offense Level of 10 and Criminal History Category I.* A sentence of probation is specifically authorized by the Guidelines when the applicable range is within the 6-12 month range or Zone B of the Sentencing Table. [Guideline 5B1.1(a)(2) and (b)(1)] The government has advised that it would be acceptable that the sentence is within that authorized by these Guidelines.

The Plea Agreement also recognizes the impact that Title 29, Section 504(a) of the Labor-Management Reporting and Disclosure Act of 1959 ("the Act") has on Mr. Scalza and his union career. That provision prohibits individuals convicted of certain crimes--such as the offense of conviction here--from holding union office or employment. The employment bar lasts for 13 years. However, the Act also authorizes the sentencing Judge to set a shorter period of debarment, which cannot be less than 3 years. In light of Mr. Scalza's age and long-standing relationship with his union, I hereby move to reduce the period of his bar to 3 years. As part of the Plea Agreement, the government does not oppose this motion. (Paragraph 5c)

---

*The PSR has the Base Offense Level as 20, the Plea Agreement has it at 18.  It is respectfully requested that this Court honor the estimated terms of the parties' negotiated Plea Agreement.

Page-3-
Re:    Sentencing of Robert Scalza
         12 CR 264 (NGG)


**3553 (a) FACTORS**


The Supreme Court in <u>Gall v. United States,</u> 552 U.S. 38 (2007), stated that a sentence of probation is not a "slap on the wrist", but a substantial and significant deprivation of liberty and freedom, with all of its possible conditions, restrictions and time-sensitive obligations. I submit that where there is a deserving defendant in an appropriate case, he or she should be considered for the least onerous available sanction that comports with the goals of sentencing. I often quote Hon. Raymond Dearie's reaction to the Supreme Court's decision in <u>Booker</u> wherein he heralded the return "of judging to Judges", which, in my view, solidified and further ingrained in our practice the concepts of the punishment fitting the crime, individualized sentencing and the imposition of a sentence that is sufficient, and not greater than necessary to serve the purposes of sentencing. Justice Sotomayer, in <u>Pepper v. United States,</u> 131 S. Ct. 1229 (2011), viewed the point of Sec. 3553 (a) as imposing the lowest possible sentence commensurate with stated goals. <u>Pepper</u> also articulated that the characteristics of the offender may be just as important as the nature of the offense. Thus, I further submit that for all of the circumstances set forth in this submission, I respectfully request that Your Honor impose a sentence of probation on Robert Scalza.

Mr. Scalza will soon be 69 years of age. He has no criminal history score and, as such, is in Category I. (PSR, paragraphs 43-50) Also shortly, he and his wife Patricia will mark their 45th wedding anniversary. They have two daughters; Tara, who is married with two children and Dana, who is married and, by the scheduled day of sentencing, expected to give birth to her first child and a third grandchild for Mr. and Mrs. Scalza. Mr. Scalza received a diploma from Newtown High School in Queens and thereafter has spent virtually his entire employment life in the labor movement--the last 19 years with Local 713. (PSR, paragraphs 56, 63, 64) As stated previously, upon sentence, he will be barred from remaining as an officer or employee of a labor union. A sentence of probation- with its obligations, conditions and responsibilities- his loss of union employment, his minimal role in the offense of conviction, his zero criminal history points and his having a lifetime mantle of a felony conviction warrants, I respectfully submit, a sentence of probation as an alternative to imprisonment. The consequences of such a sentence on Mr. Scalza will reflect respect for the law, the seriousness of the offense and serve as a deterrence to others. Mr. Scalza is deeply contrite and remorseful for his conduct and I am confident he will not be in a criminal court again.

Page-4-
Re:   Sentencing of Robert Scalza
      12 CR 264 (NGG)


The compilation of appended letters echos consistent traits and qualities that define the character of Mr. Scalza to his family, neighbors, co-workers and members--those who know him best. Also there are testimonials from management executives of companies which were organized by him on behalf of Local 713. Throughout these letters a picture of Mr. Scalza emerges as a dedicated, hard working, family man, union official, community activist and spokesperson.

The sentiments attested to by those who have worked with Mr. Scalza for upwards of 12 years, such as Lisa Aranjo, Karen Brandes and Adela Lutz describe Mr. Scalza as a hard working, dedicated, respectful person devoted to his job and as a very decent man.  Dr. Jack Soterakis, Vice-President of Medical Affairs at Roslyn's St. Francis Hospital, who has been a close neighbor for 35 years, states to Your Honor that Mr. Scalza is a hard working, caring, loyal and trusted friend who is involved in their community. He also speaks of Mr. Scalza's shame and contrition for his offense here. Todd Breen, whose employees are with Local 713, and who knows my client for 42 years, reports as to his dedicated, strong work ethic--as does Riccardo Iaccarino, Esq., an attorney for the Welfare Fund since 2003. Additional letter writers similarly recognize Mr. Scalza's concern for others, readiness to help and as Miriam Sternberg, President of Caring Professionals, states, his is more than a job, "its his passion".

Mr. Scalza's wife, Patricia, writes of his being a full time father who shared with her all the work and responsibilities of raising their two daughters.  She also sets forth some of the charitable and community endeavors her husband is involved in.  Mrs. Scalza reports the deep hurt and shame his conduct has caused him and the family and maintains that he has been a good, loving and loyal partner in their 45 plus years together.  Daughter, Tara, writes of her father's kindness, gentleness and patience--and the hurt and sadness that these events have occasioned.  Dana, the younger daughter, describes her father as a loving, nurturing and compassionate man and reflects on his strong support and assistance to her and others.  Brother, Perry, offers a glimpse into his brother's younger years including community involvement then.

I recognize that the offense of conviction here is serious. I submit, however, that upon consideration of Mr. Scalza's history and characteristics, his Criminal History Category of I, his minimal role, his loss of his "passion" of being a union official, his age and his acknowledged role as a good and involved family man and community activist,  Your Honor is warranted in exercising your sound discretion and imposing an alternative to incarceration as a just and appropriate sentence.

Page-5-
Re:    Sentencing of Robert Scalza
       12 CR 264 (NGG)


Thank you for your consideration.

Respectfully,

Michael Rosen

MR:wp

April 15, 2014

Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Dear Honorable Judge Garaufis,

I am writing you in support of my husband Robert Scalza. Rob and I have been friends from the time we were teenagers. As of this coming August, we will be married forty-five years. Together we have raised two wonderful daughters. Our oldest daughter, Tara, has blessed us with two grandsons and our youngest, Dana, is due in June of this year with her first child.

Rob has always been a full time father. From the time they were born he shared with me all the work, joy and responsibility of raising our children, from diaper changing to the reading of bedtime stories. As our girls grew, he encouraged them to be well-rounded students and to be active, positive role models in their community. He made certain they paid attention to their studies, practiced their dance, and focused on their piano instruction. As a father, he attended every dance recital, every sporting event and volunteered to help with school dances and proms. Rob has instilled in them good morals, a strong respect for others, and an appreciation of our differences that should be celebrated. He has led by example, showing them that hard work, perseverance, dedication and treating others with love and respect, is the way to live their lives. I am grateful that my husband as taken an active role in helping me raise our girls, as you may know if you are a parent, it never ends.

Rob has been active with the American Red Cross Blood Drives, a member of Angel Guardians for the Elderly and was Man of the Year in 1985. In 1984, he was Man of the Year of the Greater New York Community Labor Committee and worked with the Haute E'cole of Dance, a company of gifted youngsters who perform for senior citizens at various nursing homes. He has also been an honorary contributor to Father Flanagan's Boys Town and an active member of the Manhasset Community Civic Association. As a young adult, he helped Father John Maura, a catholic priest, who worked for a Parish in Ridgewood, Queens, with troubled teens. Father Maura went on to be come a Monsignor at the St. Margaret's Church in Middle Village, which was where Rob and I both attended, and where we first met.

Your honor, my husband has been a good, loving and loyal partner who truly loves people and always sees the good in them. Sometimes he is trusting to a fault. His motives are driven by his humanity to do the best that he can for people because, as he puts it, "they are counting on me and I can't let them down." He has spent his whole adult life caring about the welfare of others and in all that time he has had an unblemished reputation.

Case 1:12-cr-00264-NGG    Document 214    Filed 06/18/14    Page 7 of 27 PageID #: 781

The loss of his life's work has hurt him deeply and the shame that he feels is clearly exhibited to my daughters and myself. It hurts me to witness his broken spirit, but he is not the only casualty. This episode has affected our entire family, as I am sure you can imagine. I wish you could know this man outside of what you read in the charges against him.

I pray that you take his overwhelming good qualities into account when you pass your judgment on him and consider my children, their children, and myself for we all suffer together.

Sincerely Yours,

Patricia Scalza

**JACK SOTERAKIS, M.D.**
30 Elderfields Road
Manhasset, New York 11030
(516) 365-8731
(516) 365-8699 Fax.

February 24, 2014

Honorable Judge Nicholas G. Garaufis
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Mr. Robert Scalza

Dear Honorable Judge Nicholas G. Garaufis,

This letter is written in support of Robert Scalza whom I have known for the last 35 years. Bob introduced himself and his family to me and my wife and family at that time when we moved into our new home which, is behind Bob's house separated by a fence. Our children, being of the same age, would meet and play which led to placing a "whole" in the fence that separated our properties. We quickly became friends with Bob and his family through our children's encounters. In a short period of time, this led to meeting socially, going out to dinner, gathering at each other's homes for family gatherings, with a select few other couples in our neighborhood which continues at this time.

My wife and I found Bob and his family to be hard working, possesses high moral standards and caring concerned, loyal and trusted friends. This reflected in the confidence we had in watching for other's homes while each of us was away. We shared keys to the houses and access to our security codes. Bob could always be counted on whenever there was a need for whatever reason; he is not just a fair weather friend.

Bob was not simply content to be just another passive resident. He wanted to be involved in our community affairs for the betterment of our village as a whole. To that end, Bob took an active position in The Village Association. He became and advocate on behalf of his neighbors and a liaison between them and the village officials. Bob volunteered his time, planning community events, circulating petitions and giving a voice to their issues in a clear and concise professional and compassionate manner.

When Bob's struggles began, he immediately confided in us, although ashamed and contrite that he was even involved in anything that was below his normal high ethical standards. I and my family wholeheartedly stand by him and his family for the good people we know them to be.

I sincerely hope that you will take my reflections of Bob Scalza in consideration and that they will favorably influence your decision.

Sincerely yours,

Jack Soterakis, MD

Case 1:12-cr-00264-NGG    Document 214    Filed 06/18/14    Page 9 of 27 PageID #: 783

# LISA P. ARAUJO

**P:** 516 993-5503    **E:** Lribeka3@gmail.com

**A:** 6 Coleman Drive East Williston, NY 11596

Honorable Nicholas Garaufis          February 14, 2014
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

I have known Mr. Robert Scalza since 1995. I have worked for him since 2004. He is one of the hardest working, honest, caring and compassionate people I have met.
He has more patience than I've ever seen demonstrated in an individual. He cares about his employees, his members and always wants to do the right thing. Bobby has a way of always making you feel like what you have to say matters and he always shows a genuine interest in you. Whenever I have needed his help he has always been available and guided me in understanding what needed to be done. He has been influential in helping many of the members of local 713. He always gives of his time freely and will go above and beyond to help.

I have also had the privilege of seeing him with his wife and daughters. The bond he shares with them is beautiful. You can see how much his girls love him and how much he loves and cares for them. He is a wonderful grandfather who always demonstrates love and patience with his grandsons.

I cannot imagine not having his guidance at work and I know I can speak for every one of his employees when I say he will be sorely missed. He is one of the gentlest souls I've ever met and I feel privileged to have had the opportunity to work for him.

Sincerely,

Lisa P. Araujo

Case 1:12-cr-00264-NGG   Document 214   Filed 06/18/14   Page 10 of 27 PageID #: 784

# Karen Brandes
## 2047 Cameron Avenue
## Merrick, NY 11566

*The Honorable Judge Nicholas Garaufis*
*United States District Judge*
*Eastern District of New York*
*225 Cadman Plaza East*
*Brooklyn, New York 11201*

*February 18, 2014*

*Dear Judge Garaufis,*

*I have worked with Mr. Scala for almost twelve years at Local 713 I.B.O.T.U.as a bookkeeper and administrative assistant. During this time I have become very familiar with his work ethic and personality and I would like to share my impressions with you.*

*Mr. Scalza is a detailed oriented hard working individual who is also fair minded, trustworthy and forthright. He is committed, loyal and devoted to his job his employees and union members. Mr. Scalza has always dealt with people in a straightforward manor, he makes it a practice to treat others the way he himself would like to be treated.*

*I have great respect for Mr. Scalza. He is patient, determined, preserving and helpful. Mr. Scalza always makes sure all his employees are taken care of and is truly concerned about their well-being. Overall he is a very decent person with a strong desire to do what is right. In all the years working with him I have never seen him cross or raise his voice with anyone.*

*It has been my great pleasure to be in his employ for the past twelve years.*

*I sincerely hope this letter gives you some insight into Mr. Scalza's character.*

*If I can be of further assistance, please feel free to contact me at the above address.*

*Respectfully yours,*

*Karen Brandes*

*Karen Brandes*

Phone: (516) 741-5564     Email: kbb917@aol.com

Roy Barnes
Riccardo Iaccarino
Wendell V. Shepherd
_____

Danielle M. Carney
Zachary Eagle
Michele Harari
Dana Henke
Steven Kern
Samer E. Khalaf*
Lauren M. Kugielska**
Giacchino Russo

# Barnes, Iaccarino & Shepherd LLP
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-1515
Fax: (914) 592-3213

20 Court Street
4th Floor
Hackensack, NJ 07601
(201) 678-1119
Fax: (201) 678-9444

\* Only Admitted in NJ, MD & DC
\*\* Also Admitted in NJ

February 28, 2014

Honorable Judge Garaufis
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Robert Scalza

Dear Honorable Nicholas G. Garaufis:

I am a partner in the law firm Barnes, Iaccarino & Shepherd LLP.  We represent approximately thirty (30) Unions and their affiliated benefit funds in the metropolitan area.  I have been working for the firm, first as a paralegal while I attended Brooklyn Law School evening division, for almost thirty years.

I met Mr. Scalza ("Bobby") in 2003 when my firm began representing the Local 713 Welfare Fund.  Early on we discovered by chance that Bobby's daughter was my oldest son's second grade teacher.  More because of his professionalism and kind personality, I soon thought of Bobby as more of a friend than as a client.

Although Bobby is not a youngster, his work ethic far exceeds the work ethic of most people I have met in my career.  Bobby is loyal, conscientious and dedicated to the Union membership as he is to his own family.  He is forever searching for a new way to improve the wages, benefits and working conditions of tne Union's membership.

I can see that Bobby is suffering from the weight of his current situation, not so much for himself, but for the members of his family and the Union.  We all make mistakes and it would be my sincerest hope that when considering his sentence you can take into account all the good he has done for so many people for so many years.

Sincerely,

Riccardo Iaccarino, Esq.

Case 1:12-cr-00264-NGG   Document 214   Filed 06/18/14   Page 12 of 27 PageID #: 786

Dana Wanyo
707 President Street, Apt 1009
Baltimore, Maryland 21202
February 28, 2014

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis:

I would like to take this opportunity to tell you a little bit about my father, Robert Scalza. I will try my best not to sound bias, as I am his younger daughter and love my dad dearly. My father is a loving, nurturing, and compassionate man. He was and still is my strongest supporter, always encouraging me to do my best. My father's tendencies of putting other people's needs before his own and his patience are only two of many things that I admire about him. My father is kind and gentle, always looks out for others. I particularly remember a time when a neighbor whose wife had passed away was going to be alone on Thanksgiving. My dad, who hardly knew the man, went to his home and invited him to spend Thanksgiving with us. My father was so pleased when this older gentleman agreed to celebrate with us. Thanksgiving went so well that he came back for Christmas and several barbecues after that until the man moved away.

Living at home with my family, I saw many other signs of his compassion, such as the way that he cared for our family pets and how he would always put out food for the birds. I remember how my sister and I would get upset any time a crawling or flying insect would enter our house, which happened often in the summer, and we would call for my Dad to "save" us. And although he always came running, he would never kill them but instead catch and release them outdoors. He would say, "They are God's creatures and deserve to live." I remember back when my dad took me to work with him. On these occasions, I got to see firsthand how he interacted with the workers that he would look to help with their job-related problems. He exhibited the same tenderness and respect that he has always shown to his family at home.

Your honor, my father you see is a natural giver. He's a regular blood donor and although he hasn't actually listed himself yet, he has discussed with us many times of becoming an organ donor. He has always considered his work with the union as his way of giving back to his fellow men. My husband and I now reside in Baltimore, Maryland and are expecting our first child in June. I couldn't imagine not having my father's positive influence in my child's life. I hope that you judge my father not by the single act which causes him to be before you this day, but rather by the consistent, wonderful role model that he has been for me and for others who have had the good fortune to have crossed paths with him and have witnessed his humanity.

Thank you very much for your time and consideration.

Sincerely,

Dana Wanyo

Resend06-17-14;03:35PM;                                    ;                    #  9/ 23

Adela Lutz

8 Border Lane

Levittown, NY 11756

516-520-8594


Honorable Nicholas G. Garaufis                        02-12-2014

United States District Judge

Eastern District of N.Y.

225 Cadman Plaza

Brooklyn, NY 11201


Dear Judge Garaufis:

I have worked for local 713 with Mr. Robert Scalza for eleven years. It has been a pleasure working with him.

There are so many good things that I have learned from Mr. Scalza. I have noticed how patient and respectful Mr. Scalza is with all of his employees as well as his co-workers, and particularly with our members.

Mr. Scalza has always been very helpful at work with his employees and has always worried about their well-being. A few great things I have witnessed Mr. Scalza do at work has been assisting all of the union and non-union members with phone calls, assisting members with obtaining proper representation, and assisting members in getting new jobs if they have been laid off from work. His unconditional dedication is always present.

Mr. Scalza has always been big on respect and kindness, and he has an excellent track record in this regard. I have also seen him ensure that the companies treat their employees with respect and kindness. Mr. Scalza is a very dedicated and respected individual.

I for one can see how great of a person Mr. Scalza is with everyone. I have always witnessed his interest in helping others. I am lucky to have learned and worked under such a hardworking man and dispite his busy schedule he is always generous with his time and experience for those who need his help. I truly enjoy Mr. Scalza's presence and help. He has always been dedicated to helping others. You could clearly see that this is what Mr. Scalza enjoys doing. I am blessed to have had the opportunity to work for Mr. Robert Scalza.


Sincerely,

Adela Lutz



**Health Services**

439 Park Ave – Brooklyn, NY 11205- Tel: 718-855-6666 Fax: 718-855-6555

March 14, 2014

Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Garaufis,

My name is Sarah Stern, President and CEO of the Williamsburg Outreach which is a not-for-profit corporation servicing our community's working class resident arranging for social, medical and other related services such as, controversies arising out of employment largely to the Yiddish speaking population in the tri-state area.

I have had the pleasure of knowing Robert, who is known to us as Bobby for over 10 years both professional and personally.

Bobby is a warm, tender caring individual who is always willing to help our working class residents in any way he can.

He has been a source of knowledge and guidance in our endeavor to help lift and empower those of our community that strive to better their lot in life and to lose him in this regard is to lose a champion of the downtrodden and those who are struggling to climb the economic ladder out from mediocrity.

I sincerely hope that you can see that this man is a genuine compassionate individual who consistently puts others before himself. I can attest to his generosity and loyalty to his friends, his associates and those people that he represents and I hope that you will grant him the leniency that he has earned through his charitable treatment of others.

Respectfully submitted,

Sara Stern

Resend06-17-14;03:35PM;                                    ;                    # 11/ 23



PROFESSIONALS, INC.                    *"Caring Professionals,..Professionals Who Care"*

70-20 Austin Street                                              (718) 897-CARE
Suite 135                                                        (718) 897-2273
Forest Hills, NY 11375                                        Fax (718) 897-0428

Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Dear Judge Garaufis:

I am the President and CEO of Caring Professionals, a l i c e n s e d  homecare agency with offices in Brooklyn and Queens with a rather large client base which employees over 2000 employees.

I am writing you regarding Mr. Robert Scalza with whose union Caring Professionals is party to a collective bargaining agreement.

I personally have been interacting with Robert {who I affectionately refer to as Bobby} since 2003.

Dealing with so many employees as I do, I have learned to be a very good judge of character, and at our very first meeting I quickly assessed Bobby's nature to be one of a very kind, caring and genuine gentleman. As time went on, I got to know him even better, and I learned that besides his love of family, he was always concerned about the well being of his members, especially those that did not have the ability to represent themselves and articulate their needs, concerns and problems. His nature in this regard went beyond his members and to people in general.

There have been several instances that I am aware of in which Bob has gone out of his way to help people to secure jobs within my agency and elsewhere. There has never been a time when he was asked to be available to help straighten out a problem with an employee that he refused, no matter what time of day or night. He takes his responsibility to others very seriously but, for him it is more then a job, but a passion.

Judge Garaufis to take this man from his dedicated chosen profession would be a great loss, not only to him, his union and his family, but to the workers that he so diligently represents.

Sincerely,

Miriam Sternberg
President

Case 1:12-cr-00264-NGG   Document 214   Filed 06/18/14   Page 16 of 27 PageID #: 790

# SUNLINE
# EXPRESS

February 26, 2014

Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Robert Scalza

Dear Judge Garaufis:

I am writing to you on behalf of Mr. Robert Scalza in order to share my 42 years of experience with Bob, both personally and professionally.

I first encountered Bob when I was a college student and he was an enterprising young man in a new business venture with two of his best friends. I would buy and sell scented candles from his manufacturing facility and despite of our age differences became friends. I found him to be a sincere, dedicated person with a strong work ethic that I find rare today and a genuine love of people.

Years later his union organized the workers of ATC, a Labor Leasing Company, who's employees work at the transportation company that I am the President and CEO of. We were both surprised when we became reunited again after not seeing one another for some time. However, our relationship did not stop Bob from negotiating the best possible collective bargaining agreement on behalf of those workers. At all times he conducted himself as the gentleman that I knew him to be, but was steadfast in his quest to get a decent, yet fair, agreement on behalf of his members.

To this day, despite what trouble he finds himself in, I not only remain his friend but if it would be permitted to do so, I would hire him to work for me in any capacity in an instant because I believe in him and trust him explicitly.

I hope that this letter of support will be given consideration in making your decision. I have been made totally aware of his legal situation and trust that in your evaluation of the facts and this man's character, you will have compassion on Bob, who has truly suffered more than enough for his error in his questionable judgment.

Respectfully yours,

Todd M. Breen
President

**SUNLINE EXPRESS SYSTEMS, INC.**
**46-60 55TH AVENUE, MASPETH, NY 11378 · 1-800-SUNLINE · FAX (718) 730-7999**

Tara K. Pinzino
69 Hill Dr.
Oyster Bay, NY 11771

March 15, 2014

Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY   11201

Dear Honorable Judge Garaufis,

My name is Tara Scalza Pinzino. I am the daughter of Robert Scalza. I am writing in regards to my father and the judgment you will soon pass. I am a teacher in the Half Hollow Hills School District and have been for 14 years. I have two young boys who adore their "Pop-Pop", I wish you could see them interact with one another, they play like best friends.

My father is a man who I have always looked up to and admired. He is the man who came to all of my basketball games to cheer me on, who drove me to dance class every Friday and stayed to watch, and who gave me a shoulder to cry on when I needed it. He is the man that holds my hand at family functions and on vacations just to let me know that he loves me.

As a little girl, I would go to work with my dad on occasion. Watching him, I learned about how to communicate with others. I learned that he is kind, gentle, and patient, not only with us, but also with others outside of our family. He smiles and laughs when he works with people that he represents, always keeping their best interests in mind, always trying his best to be helpful. I learned that my father has an excellent work ethic and strong ties with people, and that he absolutely loves what he does. This taught me to have those same work ethics, to find passion in a career path, and to be tolerant of those that may be different from me. He taught me about life and about people.

I remember this one time when my father helped a woman and her husband on the side of the road. We were driving home from visiting my grandfather who was ill, and as we were getting close to home, my dad saw a woman on the side of the road trying to get help. My dad drove off the next exit, turned around and went back to help her. Her husband had driven off the road and into a ravine. My dad went down to the car to help pull him out. The paramedics soon came after and took them to the hospital. I remember thinking how amazing it was that my dad didn't think twice, he just pulled over to help because someone needed it. That's the kind of person my father is.

For many years I remember my father choosing a name of a young child from the post office who was less fortunate and had written a letter to Santa asking for clothes or toys for Christmas. My father always wrote a letter back, as if he was Santa, and sent some clothes and toys to those families in need. Whether he had volunteered to help build an

Case 1:12-cr-00264-NGG    Document 214    Filed 06/18/14    Page 18 of 27 PageID #: 792

elementary school playground, raise money for a school event or volunteered to build a set for our senior prom, my dad is always there, for me and for others.

My father is a wonderful family man, who loves and provides for us. I have never seen my father so hurt and so sad because of his current situation. I am proud of my father and all that he has accomplished in his life. I am proud to be his "little girl."

It is my hope that you are able to get a glimpse of the kind of person my father really is. A man who loves his family, who is dedicated to helping others in need and a man that works diligently for those that need him.

Thank you for your time,

*Tara Pinzino*

Tara Pinzino

Case 1:12-cr-00264-NGG Document 214 Filed 06/18/14 Page 19 of 27 PageID #: 793

John H. Peterson
405 Williams Ave. 4K
Brooklyn, NY 11207
718-926-7370

February 25, 2014

Honorable Judge Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

RE: Robert Scalza

Dear Judge Garaufis:

I would respectfully like to take a moment of your time if I may to draw a picture for you of a very warm, generous and wonderful man. This man that I am speaking of is none other than Mr. Robert Scalza.

I met Bob (as he is affectionately called by many) approximately 14 years ago while in the process of applying for a position as a Bus driver for a Transportation company in Brooklyn. He proved at that time to be very helpful and considerate, and has proven to be the same helpful and considerate person throughout the years that I have known him.

Mr. Scalza supported and assisted me in my journey from Bus Driver to Driver Trainer, and finally a NYS Article 19A Certified Examiner for the Department of Motor Vehicles.

I have personally observed this man save jobs for people, and in doing so he kept many families together. As a matter of fact, just a few months ago I was going through a difficult period in my life where my job was in jeopardy. Bob stepped in and suggested that I request a one on one meeting with my employer. He went a step further and himself asked my employer to sit down with me. Based on both my employer's and my trust and respect for Bob, the meeting was set and all issues were resolved.

Your Honor, I could go on and on and tell you many different incidents that took place in the many years where this man has been a positive deciding factor for me and many others. The outcome would be the same. He is by far authentically warm, generous and caring.

I thank you for your time. I just had to let you know what a wonderfully positive human being that Mr. Robert Scalza really is.

Sincerely,

John H. Peterson

Case 1:12-cr-00264-NGG   Document 214   Filed 06/18/14   Page 20 of 27 PageID #: 794



# ROHHAD FIGHT INC.

3 Surrey Lane
Hempstead, NY 11550
rohhadfight@aol.com
**EIN #27-4541404**

---

March 4, 2014

Honorable Judge Garaufis
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Robert Scalza

Dear Judge Garaufis:

I am writing to you on behalf of Mr. Robert Scalza. I am on the Board of Directors of ROHHAD Fight Inc., a charitable organization. Mr. Scalza assisted our organization in a fund raising event. He was a pleasure to deal with and we found him extremely helpful. He went out of his way to make sure the event was a success. He is a unique warm hearted individual and went above and beyond to help the organization.

When considering a sentence for him, please take into account his charitable nature and good heartedness.

Thank you.

Sincerely,

Diana Marmer

---

*Rapid-onset Obesity with Hypothalamic Dysfunction, Hypoventilation and Autonomic Dysregulation*
*(ROHHAD syndrome)*



MR TRANSPORTATION INC. DBA
# MARQUIS
AMBULETTE

3 Hoover Street
Inwood, NY 11096
Phone:516-569-2400
Fax:516-569-1300

February 25, 2014

Honorable Nicholas G Garaufis
United Sates District Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn NY 11201

To the Honorable Judge Garaufis,

I am writing to you as a friend and business acquaintance of Robert Scalza (aka Bobby). I first meet Bobby when I was meeting with a friend who is in the nursing home business. Bobby was there representing one of his members who was working at the nursing home. I still remember how Bobby dealt with my friend as a gentleman, even as he was representing his member like she was a member of his family.

Several years later I again met Bobby when Local 713 organized the company of which I am the CEO, MR Transportation Inc. I was obviously hoping that the election would result in the union not being voted in, but in the end, the union did win. We then proceeded to negotiate a CBA, through which I feel that Bobby got his members a great deal.

Over the past three years I have spoken to Bobby many times. On occasion, Bobby would just be looking to see if any jobs were available for some of his members who had been laid off at other companies.

Bobby is one the most dedicated individuals I have had the pleasure of dealing with. While I understand that he is in some sort of trouble now, I still proudly call him my friend, and I continue to trust him, knowing what a good hearted person Bobby is

My hope is that when sentencing Bobby, you will see the Bobby that I know well. He is a gentle, caring, and warm hearted individual dedicated to ensuring that others receive their fair share. Whether he is doing this in his capacity as a union representative, or by quietly giving to charity (which I have personally witnessed on different occasions), Bobby is dedicated to helping his fellow man, and I hope that he gets the opportunity to continue doing so.

Sincerely,

Jay Hefter
CEO, MR Transportation Inc.

Case 1:12-cr-00264-NGG   Document 214   Filed 06/18/14   Page 22 of 27 PageID #: 796

# Building Industry Fund
## 926 LINCOLN AVENUE, UNIT B
## HOLBROOK, NEW YORK 11741
## PHONE: 631-567-7603 FAX: 631-589-7166

March 13, 2014

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

I am writing to you on behalf of Robert Scalza, whom I've known for about 15 years. I am the Assistant Director of the Building Industry Fund, and have had many interactions with Mr. Scalza both professionally and personally.

I understand the issue regarding Bob before the court, however, it does not exemplify his true character.

Bob is a dedicated union official that believes in empowering his members so that they, as he puts it, "be better off then when he first found them".

Bob is passionate about his role in the labor movement and has a sincere love of people.

Bob and his union has been extremely supportive of the new graduate classes of electricians each year.

My experience with him has always been a positive one. He conducts himself professionally with a high degree of fairness, always seeking compromise to difficult issues and always tries to get people to work together.

I believe to lose Bob after his long unblemished years of service to the labor movement is truly a travesty. On a personal note, it saddens me to see how hurt he is by the situation he finds himself in, and how it has affected his normal positive, upbeat persona.

I sincerely hope that in sentencing him, as you must do, that you have the ability to look deep into this man's past and his true nature. With that in mind, I would hope that you are lenient with him when making your final decision. Please be assured, it is something that he well deserves.

Sincerely,

Joseph Bellantoni
Assistant director

March 10, 2014

Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Garaufis,

I write to you today in support of my baby brother, Robert. This letter is a very hard
letter for me to write, as it pains me greatly to see his confidence and enthusiasm drain
from his being.

I have watched him grow from the time he was born. As a young adult he had many
interests, always searching for his place in the world. He had a flair for art and so he took
a job with an artist supply company so that he might meet artists and learn from them.
Later he turned to interior design, then photography. But it was his desire to help people
that made him turn to the labor movement. You see, he is a true believer in the highest
ideals of what the labor movement stands for.

I've worked with him and I see how hard he works and how much he cares. His work is
not a job, but his calling.

My brother is, and always has been, a tender hearted individual, I wish that you could
know how he patiently interacts with his daughters and grandchildren, it could melt your
heart. Robert is a caring and supportive parent, and grandfather, as well as a genuine
lover of people of all walks of life. He and his wife enjoy attending mass at different
churches because they like the fellowship and diversity of various congregations. Their
favorite is a church in Westbury, Long Island, where the parishioners are the most diverse
in its make-up of race and national origin.

In our fathers later years, while under a doctor's care, it was Robert who took him to all
his doctor's appointments and now he does the same for me.

Robert and I are eleven years apart and until his death, we had another brother, who was
seven years Robert's senior, yet all that time it was Robert who was the peacemaker and
the voice of reason between us.

Growing up, Robert was involved with the church and troubled teens, the Scouts, and a
dance group that performed for seniors that were confined to nursing homes. My brother,
who is an ardent lover of animals would take in and care for neighbor's pets while they
were away on vacation. Always the good neighbor, he would shovel the walkway of his
elderly neighbor in his New Hyde Park neighborhood.

Your Honor, I know you must judge him, but I hope that when you do that it won't be based solely upon this one blemish on what other wise has been a sterling reputation. I hope you believe, as I do, that a person should be defined more over by what he has done before and after admitting to a career ending offense, such as the one Robert has taken responsibility for.

Robert has been embarrassed by the present circumstances and is remorseful for his conduct. Even at his age of sixty eight, Robert is a workaholic and will, as I'm sure you are aware, have a most difficult time seeking employment outside his field of expertise, but desperately wants to be gainfully employed and prays for a chance to prove that he can be trusted, never to repeat the past that has caused him and his family so much grief. I am confident that he will never be back in court for any improper conduct again.

Respectfully,

Perry Scalza

Case 1:12-cr-00264-NGG   Document 214   Filed 06/18/14   Page 25 of 27 PageID #: 799

**Mr. And Mrs. James Sellars**
90 Harrow Lane
Manhasset, New York   11030

Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY   11201

Honorable Nicholas G. Garaufis:

This letter is in reference to Robert Scalza.  Rob has been a long time friend of ours (for the past 35 years).  Rob is a really fine man who is so devoted to his wife and children. We have shared much time together as his children have become friends with our children.

Rob is an especially soft hearted and kind man.  He is a gentle person who worships God.  We often see him at Mass on Sundays.  When we are needing help on a project, we call Rob.  When we plan a block party, we call Rob.  He is always there to jump in and help.

We hope this letter assists in portraying who Rob is.  An easy going, nice guy who is will ing to share his time and talents whenever asked.

Very Sincerely,

Linda and Jim Sellers

Case 1:12-cr-00264-NGG   Document 214   Filed 06/18/14   Page 26 of 27 PageID #: 800

# Angel Guardians for the Elderly, Inc.

## Tenth Annual Dinner Dance

Leonard's of Great Neck - Friday, June 7th, 1985

Case 1:12-cr-00284-NGG   Document 214   Filed 06/18/14   Page 27 of 27 PageID #: 801

*1985 Man of the Year*



# ROBERT M. SCALZA

**Business Agent**
**Local 819, IBT**