**MICHAEL ROSEN**
**Attorney at Law**
**61 Broadway, Suite 2602**
**New York, NY 10006**
**mrosenlaw@aol.com**

CELL (516) 381-6690
TEL (212) 867-4100 FAX (516)944-5066

June 26, 2014

BY ECF
Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Robert Scalza
12 Cr. 264 (NGG)

Dear Judge Garaufis:

I have reviewed the government's sentencing memorandum to Your Honor dated June 25, 2014. This will serve as a very brief reply. In their submission, the government wrote requesting a sentence within the range of imprisonment set forth in the applicable U.S. Sentencing Guidelines, namely 6 to 12 months. In Mr. Scalza's case, the government agreed to take "no position" where within the applicable Guidelines range, not prison range, Mr. Scalza's sentence should fall.

I have asked Your Honor to sentence Mr. Scalza to a term of probation. And, probation is specifically identified as a permissible sentence within the range that Mr. Scalza falls in under the Guidelines,

namely, "Zone B."[1]

Respectfully submitted,

/MR/

Michael Rosen

MR:pa

---

[1] I know that Your Honor is aware that the Guidelines are, in any event, merely advisory and but one factor for the Court to consider under 3553(a).