b/F

**LISA SCOLARI**
**Attorney at Law**
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                          FAX 212-964-2926

July 1, 2014

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
Brooklyn, New York 11201
*via fax 718-613-2546*

Re: United States v. Conrad Ianniello, 12 Cr.264 (NGG)

Your Honor:

The defense writes to respectfully request that the Court permit Mr. Ianniello to attend a family gathering at his daughter's home on the Fourth of July. If the Court permits, Mr. Ianniello will leave home at 2:00 p.m. and return by 11:00 p.m. Neither pretrial nor Jacqueline Kasulis, Esq. has an objection to this application. We will provide pretrial with Mr. Ianniello's daughter's home address..

Thank you for consideration of this matter.

Respectfully,

Lisa Scolari

*Application granted.*

SO ORDERED:

s/Nicholas G. Garaufis

HON. NICHOLAS G. GARAUFIS
7/1/14

cc: Jacqueline Kasulis, Esq.