**DOCKET NUMBERS**: CR 12-264 **(NGG)**

**CRIMINAL CAUSE FOR SENTENCING**

**Date Received By Docket Clerk:**_________________ **Docket Clerk Initials:**_________________

**BEFORE JUDGE:** GARAUFIS **DATE: JUNE 27, 2014 @ 11:00 AM. TIME IN COURT** ___ **HRS** 60 **MINS**

**1. DEFENDANT**: ROBERT SCALZA

Present X Not Present Custody Not Custody X

**DEFENSE COUNSEL**: MICHAEL ROSEN
FEDERAL DEFENDER: CJA: RETAINED: X

**2. DEFENDANT:**
Present Not Present Custody Not Custody

**DEFENSE COUNSEL:**
FEDERAL DEFENDER: CJA: RETAINED:

**3. DEFENDANT:**
**Present Not Present Custody Not Custody**

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER: CJA: RETAINED:**

**A.U.S.A.**: JACQUELYN KASULIS

**COURT REPORTER: GENE RUDOLPH**
**INTERPRETER**: **LANGUAGE:**

☐ Change of Plea Hearing (*~Util-Plea Entered*) ☐ Revocation of Probation contested
☐ Arraignment ☐ Sentencing on a violation
☐ Bail Appeal ☐ Motion Hearing
☐ Violation ☐ Hearing
☐ Status Conference X Sentencing
☐ Bail Violation Hearing ☐ Motion for sentence reduction
☐ Voir Dire Begun ☐ Oral Argument
☐ Voir Dire Held Jury selection ☐ Jury trial
☐ Jury Trial Death Penalty ☐ Sentence enhancement Phase ☐ Bench Trial Begun

**Speedy Trial Start**: **Speedy Trial Stop**: **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?** YES NO X

SENTENCING HELD; SEE JUDGMENT.