**DOCKET NUMBER**: CR 12-264 (NGG)

## CRIMINAL CAUSE FOR SENTENCING

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

**BEFORE JUDGE**: <u>GARAUFIS</u>  **DATE**: DECEMBER 11, 2014  **TIME IN COURT** __ HRS  60  MINS
@ 11:30 AM.

**1. DEFENDANT**: CONRAD IANNIELLO

Present X   Not Present         Custody         Not Custody X

  **DEFENSE COUNSEL**: LISA SCOLARI
    FEDERAL DEFENDER:         CJA:         RETAINED:   X

**2. DEFENDANT**:
Present   Not Present         Custody   Not Custody

**DEFENSE COUNSEL**:
   FEDERAL DEFENDER:         CJA:         RETAINED:

**3. DEFENDANT**:
Present   Not Present   Custody         Not Custody

**DEFENSE COUNSEL**:
FEDERAL DEFENDER:   CJA:   RETAINED:


**A.U.S.A.**: AMANDA HECTOR

**COURT REPORTER**: MICHELE NARDONE
**INTERPRETERS**:         **LANGUAGE**:

| | | |
|---|---|---|
| ☐ Change of Plea Hearing (~Util-Plea Entered) | | ☐ Revocation of Probation contested |
| ☐ Arraignment | | ☐ Sentencing on a violation |
| ☐ Bail Appeal | | ☐ Motion Hearing |
| ☐ Violation | | ☐ Hearing |
| ☐ Status Conference | | X Sentencing |
| ☐ Bail Violation Hearing | | ☐ Motion for sentence reduction |
| ☐ Voir Dire Begun | | ☐ Oral Argument |
| ☐ Voir Dire Held    Jury selection | | ☐ Jury trial |
| ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start**:   **Speedy Trial Stop**:   **CODE TYPE**: XT

**Do these minutes contain ruling(s) on motion(s)?**   YES         NO  X

SENTENCING HELD; THE JUDGMENT WILL BE PREPARED AND FILED SHORTLY.